UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUSTIN D. CORBRAY,

        Plaintiff,

v.

WASHINGTON STATE,

        Defendant.

Case No. C18-1416 MJP-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed plaintiff's amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    This case is **dismissed without prejudice.**

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 23 day of October, 2018.

MARSHA J. PECHMAN
United States District Judge

ORDER OF DISMISSAL - 1